1  Larry W. Lee (State Bar No. 228175)
   Kristen M. Agnew (State Bar No. 247656)
2  Nicholas Rosenthal (State Bar No. 268297)
   **DIVERSITY LAW GROUP, P.C.**
3  515 S. Figueroa Street, Suite 1250
   Los Angeles, CA 90071
4  (213) 488-6555
   (213) 488-6554 (facsimile)
5
   Attorneys for Plaintiff and the Class
6

7
                  **UNITED STATES DISTRICT COURT**
8
              **SOUTHERN DISTRICT OF CALIFORNIA**
9

10  ATEFEH YOUSEFI, as an                 Case No. 3:20-CV-01770-JO-AGS
    individual and on behalf of all
11  others similarly situated,
                        Plaintiff,        [PROPOSED] **ORDER GRANTING**
12                                         **PLAINTIFF'S REQUEST FOR**
              v.                           **DISMISSAL WITH PREJUDICE**
13
    U.S. BANK NATIONAL ASSOC,
14  business entity form unknown; and
    DOES 1 through 50, inclusive,
15                                         Complaint filed: July 2, 2020
              Defendants.                  District Judge: Hon. Jinsook Ohta
16                                         Magistrate Judge: Hon. Andrew G. Schopler
                                           Trial Date: None Set
17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE

1         Having read and considered Plaintiff Atefeh Yousefi's Request for Dismissal,

2    and good cause appearing, IT IS HEREBY ORDERED that the above-entitled action

3    be dismissed in its entirety with prejudice, with each party to bear its own attorneys'

4    fees and costs.

5

6    DATED: __1/30/23__

7                                 HONORABLE JINSOOK OHTA
                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE